UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH F. BOND, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:16-cv-00863 |
| | ) CHIEF JUDGE CRENSHAW |
| CHADWICK MYATT, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 38), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' unopposed Motion to Dismiss for Lack of Prosecution (Doc. No. 32) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3) (2012).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE